UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| DARREN MACDONALD, individually and on behalf of all others similarly situated, | Case No. 1:26-cv-12676-MCM-PTM |
| | Hon. Michael C. Martin |
| Plaintiff, | Magistrate Judge Patricia T. Morris |
| v. | |
| SHANKEL REI LLC, | |
| Defendant. | |

____________________________________/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that George T. Blackmore of Blackmore Law PLC enters his appearance on behalf of Plaintiff Darren Macdonald, individually and on behalf of all others similarly situated. Please direct copies of all notices, papers, and filings in this action to the undersigned at the address below.

Respectfully submitted,

**BLACKMORE LAW PLC**

/s/ George T. Blackmore
George T. Blackmore (P76942)
1100 Owendale Dr., Suite M
Troy, MI 48083
(248) 847-0580
george@blackmore.law
Co-Counsel for Plaintiff

Dated: October 15, 2026

## CERTIFICATE OF SERVICE

I certify that on October 16, 2026, I electronically filed this Notice of Appearance with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

/s/ George T. Blackmore
George T. Blackmore (P76942)