UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Darren Macdonald,

Plaintiff(s),

v.

Case No. 1:26−cv−12676−MCM−PTM
Hon. Michael C. Martin

Shankel REI LLC,

Defendant(s),

**ORDER VACATING ORDER TO SHOW CAUSE**

The Court having issued an Order to Show Cause on 10/14/2026, and the appropriate action having been taken;

IT IS HEREBY ORDERED that the Court's Order to Show Cause is satisfied and hereby vacated.

SO ORDERED.

s/Michael C. Martin
Michael C. Martin
U.S. District Judge

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

By: s/K Winslow
Case Manager

Dated: November 2, 2026